FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

IN THE UNITED STATES DISTRICT 2018 OCT 31  PM 4: 26

FOR THE DISTRICT OF MARYLAND
CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

**Complaint for Employment Discrimination**

Case No. _ELH-18-3328_

*(to be filled in by the Clerk's Office)*

Jury Trial:       ☐ Yes    ☐ No
                  *(check one)*

Chantee Chappell
9310 Fitzharding Lane
Owings Mills, MD 21117

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Baltimore County
Public Schools

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Chante Chappell
Street Address    2310 Fitzharding Lane
City and County    Owings Mills
State and Zip Code    MD 21117
Telephone Number    410 363-4552
E-mail Address    Chante Johnson32@yahoo.com

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name    Baltimore County Public Schools
Job or Title (if known)   
Street Address    6201 N Charles St
City and County    Towson
State and Zip Code    MD
Telephone Number   
E-mail Address (if known)   

2

Defendant No. 2

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

Defendant No. 3

| | |
|---|---|
| Name | _____ |
| Job or Title (if known) | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |
| E-mail Address (if known) | _____ |

*(If there are more than three defendants, attach an additional page providing the same information for each additional defendant.)*

## C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is:

| | |
|---|---|
| Name | _____ |
| Street Address | _____ |
| City and County | _____ |
| State and Zip Code | _____ |
| Telephone Number | _____ |

3

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☐   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other federal law *(specify the federal law)*:

_____

☐   Relevant state law *(specify, if known)*:

_____

☐   Relevant city or county law *(specify, if known)*:

_____

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

4

A.  The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

     ☐   Failure to hire me.

     ☐   Termination of my employment.

     ☐   Failure to promote me.

     ☑   Failure to accommodate my disability.

     ☑   Unequal terms and conditions of my employment.

     ☑   Retaliation.

     ☐   Other acts *(specify)*:  _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.  It is my best recollection that the alleged discriminatory acts occurred on date(s)
     School years
     2016-2017, 2017-2018 _____

C.  I believe that defendant(s) *(check one)*:

     ☐   is/are still committing these acts against me.

     ☐   is/are not still committing these acts against me.

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

     ☐   race  _____

     ☐   color _____

     ☐   gender/sex _____

     ☐   religion _____

     ☐   national origin _____

     ☐   age.  My year of birth is _____.  *(Give your year of birth only if you are asserting a claim of age discrimination.)*

     ☑   disability or perceived disability *(specify disability)*
         Respiratory _____

5

E.    The facts of my case are as follows.  Attach additional pages if needed.

AC was slated by the board
of education by the summer of 2017
but wasn't provided. ~~For the 2018~~
ADA alternative accomodations
were to 1) Stand in hallway/doorway
2) Fans (never provided 3) Inhaler
Entire new wing of building had no working AC

My working area

(Note:  As additional support for the facts of your claim, you may attach to this
complaint a copy of your charge filed with the Equal Employment Opportunity
Commission, or the charge filed with the relevant state or city human rights
division.)

## IV.    Exhaustion of Federal Administrative Remedies

A.    It is my best recollection that I filed a charge with the Equal Employment
Opportunity Commission or my Equal Employment Opportunity counselor
regarding the defendant's alleged discriminatory conduct on (date)

Feb. 2016

B.    The Equal Employment Opportunity Commission (check one):

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on (date)

August 20, 2018

(Note:  Attach a copy of the Notice of Right to Sue letter from the
Equal Employment Opportunity Commission to this complaint.)

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment
Opportunity Commission regarding the defendant's alleged discriminatory
conduct (check one):

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

6

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Also recommendations Pending advice from Attorney once I obtain one

7

## VI.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Oct. 31st, 2018

Signature of Plaintiff        _C. Chappell_

Printed Name of Plaintiff   _Chante Chappell_

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.  For Attorneys

Date of signing: _____, 20__.

Signature of Attorney        _____

Printed Name of Attorney   _____

Bar Number                       _____

Name of Law Firm            _____

Address                            _____

Telephone Number            _____

E-mail Address                  _____

8