IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CHANTE CHAPPELL

*Plaintiff,*

v.

BALTIMORE COUNTY PUBLIC SCHOOLS

*Defendants.*

Civil Action No. ELH-18-3328

## ORDER

Upon consideration of plaintiff's motion (ECF 18) for an extension of time to file an amended complaint, it is, this 8th day of May, 2019:

ORDERED that the motion (ECF 18) is GRANTED, and it is further

ORDERED that plaintiff's response is due no later than June 9, 2019.

Provided, however, that by May 17, defendant may move to rescind this Order as improvidently granted.

/s/
Ellen Lipton Hollander
United States District Judge